UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMBER BRIDGES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-04706-DML-WCG ) |
| CITY OF INDIANAPOLIS, | ) ) |
| Defendant. | ) ) |

## Final Judgment

The court, having entered its Order on Defendant's Motion for Summary Judgment, hereby enters FINAL JUDGMENT under Fed. R. Civ. P. 58(a) in favor of the defendant and against plaintiff Amber Bridges.

So ORDERED.

Dated: July 11, 2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system